IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID HALE**                                                                                           **PLAINTIFF**

v.                                                                        Case No. 1:24-cv-49-HSO-BWR

**THANH TRAN VAN and DUI DO**                                                   **DEFENDANTS**

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND FOR ATTORNEY FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff David Hale ("Plaintiff") hereby moves for entry of a default judgment and for an award of attorney fees and costs against Defendants Thanh Tran Van and Dui Do ("Defendants") and, in support thereof, states as follows:

1. The record warrants entry of a default judgment. On February 12, 2024, Plaintiff filed his Complaint against Defendants seeking, *inter alia*, a judgment for affirmative relief under the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA") and its implementing regulations; specifically, the ADA's Accessibility Guidelines 28 C.F.R. Part 36. Dkt. 1. On February 15, 2024, Plaintiff served Defendants with the Summons and Complaint. Executed Summons Return, Dkt. 3-4.

2. Defendants did not file an answer or responsive pleading by the March 7, 2024 deadline to do so, nor have they to date. On April 9, 2024, Plaintiff moved for a Rule 55(a) entry of default [Dkt. 5], which the Clerk entered on April 10, 2024 [Dkt. 6].

3. Based on the foregoing facts and the authorities contained in the accompanying memorandum brief, Plaintiff requests that the Court enter a default judgment against Defendants for the following relief:

    a. ordering Defendants to make the repairs and modifications necessary at the

subject property to remove all barriers to entry as defined by the ADA and identified in Plaintiff's Complaint;

b.  ordering Defendants to pay Plaintiff's attorney fees and costs of $4,741.12[1]; and

c.  all other relief the Court deems proper.

Respectfully submitted, this the 22nd day of May 2024.

                                               PLAINTIFF DAVID HALE,

                                               *s/ Brian K. Herrington*
                                               Brian K. Herrington, MB# 10204
                                               Chhabra Gibbs & Herrington PLLC
                                               120 North Congress Street, Suite 200
                                               Jackson, Mississippi 39201
                                               T: 601-326-0820
                                               F: 601-948-8010
                                               E: bherrington@nationalclasslawyers.com

                                               Attorney for Plaintiff David Hale

## CERTIFICATE OF SERVICE

I, Brian K. Herrington, do hereby certify that, on May 22, 2024, I filed a true and correct copy of the foregoing document using the Court's ECF system. Further, I mailed the filed version of this document, first class, postage prepaid to Defendants address of:

819 Warren Street
Pascagoula, MS 39567.

                                               *s/ Brian K. Herrington*
                                               Brian K. Herrington

---

[1] *See* Decl. of Brian K. Herrington, which is attached hereto as Exhibit 1.